# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY GREENE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GEORGE SKIBINE et al.,<br><br>　　　　Defendant. | 1:09cv1022 AWI GSA<br><br>ORDER DENYING DEFENDANT BRENDA HAMPTON'S MOTION TO DISMISS THE COMPLAINT AS MOOT<br><br>(Document 16) |

　　　　Plaintiff filed an action on June 11, 2009. On July 23, 2009, the Magistrate Judge screened the complaint and issued Findings and Recommendation that recommended the action be dismissed for failure to state a claim upon which relief can be granted.  On August 20, 2009, Plaintiff filed objections.  On October 6, 2009, the court adopted the Findings and Recommendation, dismissed the complaint, and closed this action.

　　　　Defendant Brenda Hampton has filed a motion to dismiss.   The motion to dismiss was set for oral argument to be heard on November 9, 2009 at 1:30 p.m.   Because the court has already dismissed this action, Defendant Hampton's motion is now moot.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　Defendant Hampton's motion to dismiss is denied as moot; and

　　　　2.　　The November 9, 2009 hearing date is VACATED.

IT IS SO ORDERED.

**Dated:   November 5, 2009**　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE